# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARJORIE ANN TAYLOR, ) </br> ) </br> Plaintiff, ) </br> ) Civil Action No. 12-169 Erie </br> v. ) </br> ) </br> MICHAEL J. ASTRUE, ) </br> Commissioner of Social Security, ) </br> ) </br> Defendant. ) | |

## MEMORANDUM ORDER

This social security action was received by the Clerk of Court on July 27, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 15], filed on April 16, 2013, recommended that: the Plaintiff's Motion for Summary Judgment [ECF No. 9] be denied, the Defendant's Motion for Summary Judgment [ECF No. 13] be granted, and the decision of the administrative law judge ("ALJ") be affirmed. The parties were allowed fourteen (14) days from the date of service to file objections and no objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 6th day of May, 2013;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment [ECF No. 9] is DENIED, the Defendant's Motion for Summary Judgment [ECF No. 13] is GRANTED, and the decision of the ALJ is hereby AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant, Michael J. Astrue, Commissioner of Social Security, and against Plaintiff, Marjorie Ann Taylor.

The Report and Recommendation [ECF No. 15] of Magistrate Judge Baxter, filed on April 16, 2013, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

                                                                   s/ Sean J. McLaughlin
                                                                       United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge